| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER<br>ZAR1600088070 | | NOTICE DATE<br>01/11/2017 |
|---|---|---|---|
| CASE TYPE<br>I589 - APPLICATION FOR ASYLUM AND WITHHOLDING OF REMOVAL | SOCIAL SECURITY NUMBER | USCIS A# | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>TSC | PAGE<br>1 of 1 |


F_____ N_____ RUKUMBUZI



To process your application, petition, or request, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER**<br>USCIS RALEIGH<br>10954 Chapel Hill Road Suite 101<br>Morrisville NC 27560 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**<br>**DATE AND TIME OF APPOINTMENT**<br>02/01/2017<br>08:00AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**NOTE:** USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

**NOTE:** If the USCIS ASC is **closed** due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**REQUEST FOR RESCHEDULING**

❏ **Please reschedule my appointment.** Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

EXHIBIT B

**BIOMETRICS PROCESSING STAMP**
ASC SITE CODE _____
BIOMETRICS QA REVIEW BY _____
ON _____
TENPRINTS QA REVIEW BY _____
ON _____
JAN 11 2017

**APPLICATION NUMBER**
I589 - ZAR1600088070



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING:** Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.