UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| F.N. RUKUMBUZI,              )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>KRISTI NOEM, Secretary of    )<br>Homeland Security, *et al.*, )<br>                              )<br>     Defendants.             )<br>                              )<br>                              ) | Civil Action No. 25-2306 (JMC) |

### ORDER

UPON CONSIDERATION of Defendants' consent motion to transfer and extend, and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED;

ORDERED that the Clerk of the Court shall transfer this action to the United States District Court for the District of Maine; and it is further

ORDERED that Defendants' time to respond to the complaint is extended through, and including, the latter of (i) thirty days after this action is docketed in the transferee district, or (ii) September 16, 2025, the current deadline for Defendants' response to the Complaint.

SO ORDERED:

September 18, 2025
Date

_____
JIA M. COBB
United States District Judge